JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CP Manufacturing, Inc., a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | SACV 10-01297-JVS  ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| Plaintiff, | | |
| v. | | |
| Rodney Henry Sewell, et al. | | |
| Defendant(s). | | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: September 27, 2011

_____
James V. Selna
United States District Judge