Paul E. Burns (State Bar No. 208731)
paul.burns@procopio.com
Stephen C. Beuerle (State Bar No. 181990)
stephen.beuerle@procopio.com
Mathieu Gardner Blackston (State Bar No. 241540)
mathieu.blackston@procopio.com
Robin L. Phillips (State Bar No. 248016)
robin.phillips@procopio.com
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101-4469
Tel:   (619) 238-1900
Fax:  (619) 235-0398
Attorneys for Plaintiff
CP MANUFACTURING, INC.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CP MANUFACTURING, INC. a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> RODNEY HENRY SEWELL, ET AL, <br><br> Defendants. | Case No: 8:10-CV-01297-JVS <br><br> **STIPULATED CONSENT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION** |

Plaintiff CP Manufacturing, Inc. ("CPM") and Defendants Rodney Henry Sewell ("Sewell") and Reina Sewell ("Mrs. Sewell") doing business as URE A TECH (hereinafter referred to as "UreATech") and Defendant Robert William Carlile, Jr. ("Carlile") (collectively referred to herein as "Defendants") have executed a Settlement Agreement ("the Settlement Agreement") in settlement of this action. In accordance with the Settlement Agreement, IT IS HEREBY STIPULATED by Plaintiff and Defendants that the Court enter the following Consent Judgment and Permanent Injunction. There having been good cause shown, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. Sections 1331 and 1338(a).

2. Defendants Sewell and Mrs. Sewell are individuals who are married and reside in this judicial district in Orange County, California.

3. Since 2003, Defendants Sewell and Mrs. Sewell have operated and continue to operate a business under the fictitious name of "URE A TECH" (hereinafter referred to as "UreATech") pursuant to Fictitious Name Certificates filed in the Office of the Clerk-Recorder of Orange County, California. UreATech has a place of business located in Orange, California.

4. Defendant Carlile is an individual who resides in Orange County, California.

5. Since 2007, Defendant Carlile has operated and continues to operate a business that is a sole proprietorship under the fictitious name of "Global Material Movers" pursuant to one or more Fictitious Name Certificates filed in the Office of the Clerk-Recorder of Orange County, California. Defendant Carlile operates the sole proprietorship "Global Material Movers" from a place of business in Orange County, California.

6. Defendants admit that this Court has personal jurisdiction over them and that venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400.

7. CPM owns all rights, title and interests in United States Patent No. 6,318,560 (the "'560 Patent").

8. Defendants admit that all claims of the '560 Patent are valid and enforceable in all respects.

9. Defendants admit that any disc used in a disc screen assembly that contains all of the limitations (or their equivalents) of one or more claims of the '560 Patent including, but not limited to, all of the limitations (or their equivalents) of Claim 15 of the '560 patent as construed in this Court's Order re Markman Hearing/Claim Construction, dated September 1, 2011 (Doc. 50) ("the Claim Construction Order") is an Infringing Disc.. The Parties acknowledge and agree that all removable discs with a rigid frame that may be used in any or all versions

of disc screen assemblies previously and/or presently manufactured, distributed and/or sold by CPM and/or any of its Affiliates are Infringing Discs.

10. Defendants admit (a) that Sewell and Mrs. Sewell have manufactured, offered for sale and sold Infringing Discs, (b) that the Eight Finger Clamshell Disc presently shown in an image on the website accessible via the URL www.ureatech.net owned and operated by Sewell and Mrs. Sewell ("the UreATech Website") as follows:



is an Infringing Disc when configured with a rigid frame, and (c) that the images below show a representative sample of an Eight Finger Clamshell Disc configured with a rigid frame that is an Infringing Disc of the type manufactured, offered for sale and sold by Sewell and Mrs. Sewell:

 

11. Defendants represent and warrant that they have no Infringing Discs in their possession, custody or control.

12. Defendants shall turn over to CPM all molds used to make, manufacture and/or produce Infringing Discs within forty (40) days of the Effective Date of the Settlement Agreement. The Parties acknowledge that this obligation will be

satisfied by turn over of all molds used to make any rigid frame that could be inserted into any disc including, but not limited to, an Eight Finger Clamshell Disc.

13. All of Defendants' counterclaims and affirmative defenses are hereby dismissed with prejudice.

14. Judgment is hereby entered in favor of CPM and against Defendants on the First Count and Second Count of CPM's Complaint.

15. The Court hereby:

**ORDERS** the entry of a joint and several monetary judgment against Defendants payable to CPM as compensatory damages for Defendants' infringement of the '560 patent in the amount of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00), plus interest at the legal rate and costs of enforcement, including reasonable attorneys' fees, representing a compromise of CPM's total claim for damages.

16. The Court hereby:

**ORDERS**, pursuant to Fed. R. Civ. P. 65, Defendant Rodney H. Sewell and Defendant Reina Sewell individually and/or doing business as URE A TECH, Defendant Robert Carlile, Jr. individually and/or doing business as "Global Material Movers" and their respective agents, servants, employees, officers, directors, members, managers, partners, successors and assigns, and all persons acting in concert with any of them who receive actual notice of this Consent Judgment and Order for Permanent Injunction by personal service or otherwise, are hereby permanently restrained and enjoined from the following activities without the express written permission of CPM:

(a) Making, manufacturing, assembling, producing, distributing, selling, offering for sale, advertising, promoting, displaying on any website or otherwise, marketing, testing, copying, importing and/or using any discs that contain all of the limitations of one or more claims of the '560 Patent including, but not limited to, claim 15 as construed by the Court in the Claim

Construction Order and including, but not limited to, those discs acknowledged and agreed by Defendants herein to be Infringing Discs (hereinafter referred to as "Enjoined Discs");

(b) Attempting to perform any of the acts set forth in subsection (a) above; and/or

(c) Inducing, contributing to, assisting, aiding or abetting any persons or entities in performing any of the acts set forth in subsections (a) and (b) above." The foregoing injunction shall remain in effect until the '560 Patent has expired.

17. Defendants knowingly and voluntarily waive all of their rights to appeal the Consent Judgment and Order of Permanent Injunction and/or the Claim Construction Order or to challenge either one in any way in this or any other court or forum.

18. The Court shall retain jurisdiction to consider any dispute or action to enforce the terms of this Consent Judgment and Order for Permanent Injunction and the Settlement Agreement.

19. Pursuant to Federal Rule of Civil Procedure 54, the entry of this Consent Judgment and Order for Permanent Injunction shall constitute entry of a final judgment in this action. Each party shall bear its own costs and attorneys' fees in this action.

**IT IS SO STIPULATED.**

Dated: ~~October~~ November 11, 2011

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _/s/ [signature] For_
Paul E. Burns
paul.burns@procopio.com
Stephen C. Beuerle
stephen.beuerle@procopio.com
Attorneys for Plaintiff
CP MANUFACTURING, INC.

**IT IS SO ORDERED**

DATE: 11.29.11

_____
U.S. DISTRICT JUDGE

- 5 -

```
 1  Dated: October   , 2011          FREDERIC M. DOUGLAS, ESQ.
 2         Nov. 4, 2011
 3                                   By: /s/ Frederic M. Douglas
 4                                       Frederic M. Douglas
                                         Attorney for Defendants
 5                                       RODNEY HENRY SEWELL, REINA
                                         SEWELL, individually and doing business as
 6                                       URE A TECH and ROBERT CARLILE, JR.
 7
 8
 9  IT IS SO ORDERED.
10
11  Dated: _____            _____
                                      Hon. James V. Selna
12                                    United States District Judge
```

- 6 -